UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MARSHALL, et al.,

       Plaintiffs,                             Civil Action No.
                                                   08-CV-13257

vs.

                                                   PAUL D. BORMAN

CITY OF FARMINGTON HILLS, et al.,       UNITED STATES DISTRICT JUDGE

       Defendants.
_____/

## ORDER REGARDING JANUARY 7, 2010 HEARING

       The Court is scheduled to hear oral argument on Defendants' Amended Motion for Summary Judgment on Thursday, January 7, 2010, at 3:00 p.m. The Court will limit argument at this hearing to the issue of whether the claims asserted by Plaintiffs in the present case are barred by the release-dismissal agreement. Specifically, (1) whether claim preclusion, res judicata, and collateral estoppel applies, and (2) whether Rooker-Feldman claim preclusion principles apply.

       SO ORDERED.

                                                         S/Paul D. Borman_____
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: December 31, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 31, 2009.

                                                S/Denise Goodine
                                                Case Manager